FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 13 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>HUSAM SAMARAH,<br><br>Defendant - Appellant. | No. 07-50206<br><br>D.C. No. CR-02-00128-MLR<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Central District of California
Manuel L. Real, District Judge, Presiding

Submitted December 15, 2009[**]

Before:     GOODWIN, WALLACE, and LEAVY, Circuit Judges.

Husam Samarah appeals from the 87-month sentence reimposed following a

limited remand pursuant to *United States v. Ameline*, 409 F.3d 1073, 1079 (9th Cir.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

DRS/Research

2005) (en banc).   Pursuant to *Anders v. California*, 386 U.S. 738 (1967),

Samarah's counsel has filed a brief stating there are no grounds for relief, along

with a motion to withdraw as counsel of record.  Samarah has filed a pro se

supplemental opening brief and reply brief, and the government has filed an

answering brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S.

75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Samarah's pro se motion for admission of new evidence is **DENIED**.

Counsel's motion to withdraw is **GRANTED,** and the district court's

judgment is **AFFIRMED**.